| Attorney or Party Name, Address and Telephone | FOR COURT USE ONLY |
|---|---|
| **LINDA M FREEMAN**<br>3190 N 1-70 FRONTAGE ROAD<br>GRAND JUNCTION, CO 81504<br>(970) 314-0108 | FILED<br>KENNETH S GARDNER<br>CLERK<br>2016 AUG 29  AM 11: 50<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF COLORADO<br>16 - 01331 MER |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF COLORADO** | |
| In re:<br>**LINDA K FREEMAN**<br>V<br>**COLLEGE NETWORK/NELNET**<br>999 18TH STREET #425<br>DENVER, CO 80202<br>                    **Debtor** | CHAPTER 7<br><br>CASE NO: 16-16540-MER |

### COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

1. Debtor filed this case under Chapter 7 of the Bankruptcy Court on June 30, 2016.  This Court thus has jurisdiction over this action under 28U.S.C. 1334.  This proceeding is a core proceeding.

2. One of the unsecured debts owing by the Debtor and listed on Schedule F –Creditors Holding Unsecured Nonpriority Claims, is a student loan owing to College Network/Nelnet.

3. This loan was incurred to pay expenses at MESA State College, 1100 North Ave, Grand Junction, CO 81501.

    In accordance with the factors set forth in Brunner v New York Higher Education Services, Inc, 46B.R. 752(S.D.N.Y.1985), aff'd 831 F2.d (2nd Cir.1987), Debtor claims to meet the following:

4. Based on the Debtor's current income and expenses, the Debtor(s) cannot maintain minimal living standard and repay the loan.

5. The Debtor's current financial condition is likely to continue for a significant portion of the repayment period of the loan.

6. The Debtor has made a good faith-effort to repay his or her debt.

7. The Debtor has filed for bankruptcy for reasons other than just to discharge his or her student loan.

Debtor respectfully requests that this Court set a hearing in order to determine the dischargeability of her student loan debt.

8-26-15
**Date**

_Debtor_

## Student Loan Discharge Continuation Page

In *Local Loan Co. v. Hunt* the Supreme Court explains that the bankruptcy code was designed to make sure that an economic difficulty does not turn into a catastrophy:

> [Bankruptcy] gives to the honest but unfortunate debtor... a
> new opportunity in life and a clear field for future effort,
> unhampered by the pressure and discouragement of preexisting
> debt.

By this standard, it shows reason to allow the Debtor's student loans be discharged in order to allow her an opportunity for a future without a burden of preexisting debt.

- The Debtor would not be able to maintain a minimal standard of living .
- The Debtor's current financial hardship does not show evidence of improving based on age (62), education and physical condition.
- The Debtor has made a good faith effort to pursue repayment arrangements without success. Federal income tax refunds have been intercepted to be applied to this debt.

16- 01331MER

## PROOF OF SERVICE BY MAIL

I, LINDA M FREEMAN, declare that on August 26, 2016, true and correct copies of the COMPLAINT TO DISCHARGEABILITY OF STUDENT LOANS, have been sent via United States Postal Service, to the following parties:

COLLEGE NETWORK/NELNET
999 18TH ST #425
DENVER, CO 80202

UNITED STATES BANKRUPTCY COURT
721 19TH ST
DENVER, CO 80202

JARED WALTERS
TRUSTEE
PO BOX 804
EAGLE, CO 81631

*Linda M Freeman*   8-26-16

By: Linda M Freeman          Date:
3190 N 1-70 Frontage Rd
Grand Junction, CO 81504
(970) 314-0108